

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

Nos. 04-19-00427-CR, 04-19-00428-CR & 04-19-00429-CR

The **STATE** of Texas,
Appellant

v.

Raymond Corey **SOTO**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court Nos. 2018-CR-9018, 2018-CR-9019 & 2018-CR-9020
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's suppression order is AFFIRMED.

SIGNED October 28, 2020.

Liza A. Rodriguez, Justice